UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PAUL MARENTEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LEROY D. BACA, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. CV 08-00340 VBF (AJW) <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. Good cause appearing, the Court adopts the findings and recommendations contained in the Report.

**IT IS SO ORDERED**.

DATED: 11-9-11

For  VALERIE BAKER FAIRBANK
United States District Judge