UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PAUL MARENTEZ,<br><br>    Plaintiff,<br><br>v.<br><br>LEROY D. BACA, et al.,<br><br>    Defendants. | Case No. CV 08-00340 VAP (AJW)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the attached Report and Recommendation of Magistrate Judge ("Report"), the objections to the Report, and the Supplemental Report and Recommendation. Good cause appearing, the Court adopts the findings and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

**IT IS SO ORDERED**.

DATED: January 30, 2013

Valerie Baker Fairbank
~~VIRGINIA A. PHILLIPS~~
United States District Judge