UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PAUL MARENTEZ,<br><br>    Plaintiffs,<br><br>    v.<br><br>LEROY D. BACA, et al.,<br><br>    Defendants. | No. CV 08-00340 VBF (AJW)<br><br>[Proposed]<br>J U D G M E N T |

   **IT IS ADJUDGED** that: (1) plaintiff's federal claims are dismissed with prejudice as to Leroy Baca, Marilyn Baker, Alice Scott, David Waters, and Chuck Antuna; (2) plaintiff's federal claims are dismissed without prejudice as to Raymond G. Fortner, Lloyd W. Pellman, Michael Savidan, John Franklin, I. Becerra, Gary L. Adams, and the "Doe" defendants; and (3) plaintiff's state law claims are dismissed without prejudice to their filing in state court.

January 30, 2013

VALERIE BAKER FAIRBANK
United States District Judge